Commonwealth ex rel. Althoff, Appellant, *v.* Myers.

Submitted June 13, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Earl Althoff,* appellant, in propria persona.

*Jacques H. Fox,* District Attorney, for appellee.

OPINION PER CURIAM, September 13, 1962:
The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge TOAL of the Court of Common Pleas of Delaware County, as reported in 27 Pa. D. & C. 2d 694.